IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Steve Jolly,<br><br>PLAINTIFF<br><br>v.<br><br>Director Bryant Sterling; Warden Edsel T. Taylor; Georgina Ramey, Grievance Coordinator; and Dr. Roland R. Craft, III, MD, F.A.C.S.,<br><br>DEFENDANTS | Case No. 1:14-cv-4177-TLW-SVH<br><br><br>**ORDER** |

Plaintiff Robert Steve Jolly, proceeding *pro se* and *in forma pauperis*, filed this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights while he was incarcerated at MacDougall Correctional Institution in the custody of the South Carolina Department of Corrections. (ECF No. 1.) The matter now comes before the Court for review of the Report and Recommendation (R&R) filed on January 21, 2016, by Magistrate Judge Hodges, to whom this case was assigned. (ECF No. 50.) In the R&R, the Magistrate Judge recommends granting three motions: Defendant Craft's partial motion to dismiss and motion for summary judgment, and Defendants Sterling, Taylor, and Ramey's motion for summary judgment. (ECF Nos. 41, 42, and 43.) These motions were fully briefed by the parties. (ECF Nos. 46-48.) Objections to the R&R were due by February 8, 2016, and no objections were filed.[1] This matter is now ripe for decision.

---

[1] On January 21, 2016, the Clerk mailed the R&R to Plaintiff's address of record (Plaintiff has been released from prison) and no response was received as of the date of this Order. (*See* ECF Nos. 25 and 51.)

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R.  28 U.S.C. § 636.  In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

This Court carefully reviewed the R&R in this case and, noting that Plaintiff filed no objections, the R&R is **ACCEPTED.**  For the reasons articulated by the Magistrate Judge in the R&R, the following motions are **GRANTED**:  Defendant Craft's partial motion to dismiss (ECF No. 41), Defendant Craft's motion for summary judgment (ECF No. 42), and Defendants Sterling, Taylor, and Ramey's motion for summary judgment (ECF No. 43).

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

February 29, 2016
Columbia, South Carolina

2